IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RAYMOND LAVIGNE**                                         **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO.: 4:21-CV-60-NBB-JMV**

**AMERICAN TRANZ, ET AL.**                                    **DEFENDANTS**

## ORDER

In light of the Court's Order [64] granting Defendants' Motion to Continue Trial [60], the undersigned finds that for good cause shown, the remaining case management deadlines in the case shall also be extended. The Court, having considered the record, extends the remaining case management deadlines as follows:

1) Defendants' expert designation deadline is extended to May 6, 2022;

2) All discovery must be completed by June 7, 2022; and

3) All motions must be filed by July 7, 2022.

No further extensions will be granted absent a trial continuance.

**SO ORDERED,** this the 20th day of January, 2022.

                                                     /s/ Jane M. Virden
                                                     UNITED STATES MAGISTRATE JUDGE